IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OREXIGEN THERAPEUTICS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Bk. No. 18-10518(KG)<br>BAP No. 18-58 |
| MCKESSON CORPORATION INC.<br>and MCKESSON PATIENT<br>RELATIONSHIP SOLUTIONS,<br><br>Appellants,<br><br>v.<br><br>OREXIGEN THERAPEUTICS, INC., THE<br>BAUPOST GROUP SECURITIES, L.L.C.,<br>ECOR1 CAPITAL FUND, L.P., ECOR1<br>CAPITAL FUND QUALIFIED, L.P.,<br>BIOTECHNOLOGY VALUE TRADING<br>FUNDS OS, L.P., BIOTECHNOLOGY<br>FUND L.P., BIOTECHNOLOGY VALUE<br>FUND H, L.P., INVESTMENT 10, L.L.C.,<br>MSI BVF SPV LLC, and ROADRUNNER<br>CO.,<br><br>Appellees. | Civ. No. 18-1873-CFC |

**ORDER**

At Wilmington this 15th day of January, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 30, 2019.**

2. Appellees' brief in opposition to the appeal is due on or before **March 1, 2019.**

3. Appellants' reply brief is due on or before **April 1, 2019.**

_____
United States District Judge