# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>OREXIGEN THERAPEUTICS, INC.,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Bankr. Case No. 18-10518-JTD<br>BAP No. 18-58 |
| McKESSON CORPORATION AND MCKESSON PATIENT RELATIONSHIP SOLUTIONS, A BUSINESS UNIT OF MCKESSON SPECIALTY ARIZONA, INC.,<br><br>Appellants,<br>v.<br><br>OREXIGEN THERAPEUTICS, INC., BAUPOST GROUP SECURITIES, L.L.C., EcoR1 CAPITAL FUND, L.P., EcoR1 CAPITAL FUND QUALIFIED, L.P., BIOTECHNOLOGY VALUE TRADING FUND OS, LP, BIOTECHNOLOGY VALUE FUND LP, BIOTECHNOLOGY VALUE FUND II, LP, INVESTMENT 10, LLC, MSI BVF SPV LLC, AND ROADRUNNER CO.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:18-cv-1873-CFC |

## STATEMENT OF ISSUES AND DESIGNATION OF RECORD PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 6

**REED SMITH LLP**
Kurt F. Gwynne (DE No. 3951)
Jason D. Angelo (DE No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: jangelo@reedsmith.com

**BUCHALTER**
A PROFESSIONAL CORPORATION
Jeffrey K. Garfinkle (*pro hac vice*)
Daniel H. Slate (*pro hac vice*)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
E-mail: jgarfinkle@buchalter.com
E-mail: dslate@buchalter.com

*Counsel to Appellants McKesson Corporation and McKesson Specialty Arizona, Inc.*

Dated: February 4, 2020

Pursuant to Rule 6(b)(2)(B)(i) of the Federal Rules of Appellate Procedure, Appellants McKesson Corporation ("**McKesson Corp.**") and McKesson Patient Relationship Solutions, a business unit of McKesson Specialty Arizona, Inc. ("**MPRS**" and together with McKesson Corp., "**McKesson**"), by and through undersigned counsel, hereby designate the issues and record presented on appeal in connection with their appeal to the United States Court of Appeals for the Third Circuit from the *Memorandum Opinion* [D.I. 25] and O*rder* [D.I. 26] of the U.S. District Court of the District of Delaware (Connolly, C.) both entered on January 3, 2020, which affirmed the *Opinion* [Bankr. D.I. 817] and *Order* [Bankr. D.I. 818] entered by the U.S. Bankruptcy Court for the District of Delaware (Gross, K.) on November 13, 2018 in the chapter 11 case of *Orexigen Therapeutics, Inc.*, Case No. 18-10518.

## Issues on Appeal

1. Whether, if a party has setoff rights enforceable under applicable nonbankruptcy law, section 553(a) of the Bankruptcy Code[1] imposes additional restrictions on the ability of the party to exercise such rights.

2. Whether, if a party has a direct contract claim against a debtor which is enforceable under applicable State law, the bankruptcy court erred in relying on section 553(a) of the Bankruptcy Code to impose additional restrictions on the ability of the party to enforce that claim.

3. Whether the bankruptcy court erred in relying upon section 553(a) of the Bankruptcy Code to impose constraints on the contractual application and setoff rights enforceable under applicable nonbankruptcy law.

4. Whether any "mutuality" requirement of section 553(a) of the Bankruptcy Code is satisfied by the assertion of a direct contract claim against a debtor.

---

[1] 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

5. Whether "mutuality" (a term not defined in the Bankruptcy Code) under section 553(a) of the Bankruptcy Code is determined by applicable nonbankruptcy law.

6. Whether the right to application and setoff is a property right to be determined under applicable State law.

7. Whether section 553(a) of the Bankruptcy Code evidences a "federal interest [that] requires a different result" such that rights that are enforceable under applicable nonbankruptcy law can be determined to be unenforceable.

8. Whether the Bankruptcy Court erred in denying McKesson's motion regarding the Disputed Funds.

9. Whether, pursuant to its *Memorandum Opinion* [D.I. 25] and *Order* [D.I. 26], the District Court erred in affirming the Bankruptcy Court's *Opinion* [Bankr. D.I. 817] and *Order* [Bankr. D.I. 818].

**Designation of Items to Be Included in the Record on Appeal**

A. **Documents Filed in Chapter 11 Case of *Orexigen Therapeutics, Inc.*, Case No. 18-10518-JTD:**

|   | Item | Date | Bankr. D.I. No. |
|---|---|---|---|
| 1. | Debtor's Motion Pursuant to 11 U.S.C. §§ 361, 363, 503 and 105(a) for Authority to Enter into a Stipulation Granting Adequate Protection to McKesson Specialty Arizona, Inc. and its Affiliates | 4/03/2018 | D.I. 109 |
| 2. | Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 361, 363, and 105(a) for Authority to Enter into a Stipulation Granting Adequate Protection to McKesson Specialty Arizona, Inc. and its Affiliates | 4/11/2018 | D.I. 176 |
| 3. | Debtor's Motion Pursuant to 11 U.S.C. §§ 361, 363 and 105(a) for Authority to Enter into a Stipulation with McKesson Corporation and McKesson Patient Relationship Solutions, a Business Unit of McKesson Specialty Arizona, Inc. | 5/10/2018 | D.I. 281 |

| | | | |
|---|---|---|---|
| 4. | Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 361, 363, and 105(a) for Authority to Enter into a Stipulation with McKesson Corporation and McKesson Patient Relationship Solutions, a Business Unit of McKesson Specialty Arizona, Inc. | 5/18/2018 | D.I. 319 |
| 5. | Proof of Claim filed June 13, 2018 as claim no. 122 filed by McKesson Specialty Arizona, Inc. in the amount of at least $8,564,075.67. | 6/13/2018 | Claim No. 122 |
| 6. | Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Contracts and (II) Granting Certain Related Relief | 7/03/2018 | D.I. 459 |
| 7. | Omnibus Order (I) Authorizing the Debtor to Reject Certain Contracts Related to the McKesson Entities and (ii) Granting Certain Related Relief | 7/17/2018 | D.I. 561 |
| 8. | Order Approving Stipulation between Debtor, Certain Secured Creditors and McKesson Corporation Regarding Resolution of Certain Disputed Claims | 7/20/2018 | D.I. 592 |
| 9. | McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 7/30/2018 | D.I. 654 |
| 10. | Declaration of Erin Beesley In Support of Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 7/30/2018 | D.I. 655 |
| 11. | Opposition to Motion for an Order Determining that McKesson Specialty Arizona is Entitled to the Disputed Funds | 8/21/2018 | D.I. 697 |
| 12. | Debtor's Objection to McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 8/21/2018 | D.I. 698 |
| 13. | Declaration of Thomas P. Lynch in Support of Debtor's Objection to McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 8/21/2018 | D.I. 699 |
| 14. | [SEALED] Exhibit(s) A and Exhibit B to the Declaration of Thomas P. Lynch in Support of Debtor's Objection to McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 8/21/2018 | D.I. 700 |

| 15. | Debtor's Motion to File Under Seal Exhibits A and B to the Declaration of Thomas P. Lynch in Support of the Debtor's Objection to McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 8/21/2018 | D.I. 701 |
|---|---|---|---|
| 16. | McKesson's Reply in Support of Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 8/31/2018 | D.I. 710 |
| 17 | Order Granting Debtor's Motion to File Under Seal Exhibits A and B to the Declaration of Thomas P. Lynch in Support of the Debtor's Objection to McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 9/06/2018 | D.I. 716 |
| 18. | Transcript of Hearing, October 24, 2018, on McKesson's Motion for an Order Determining that McKesson is Entitled to the Disputed Funds | 10/24/2018 | D.I. 804 |
| 19. | Opinion | 11/13/2018 | D.I. 817 |
| 20. | Order | 11/13/2018 | D.I. 818 |
| 21. | Notice of Appeal filed by (I) McKesson Corporation and (II) McKesson Patient Relationship Solutions, a business unit of McKesson Specialty Arizona, Inc. | 11/27/2018 | D.I. 826 |

B.  **Documents Filed in Appeal to District Court, Civil Action No. 18-cv-1873-CFC:**

|  | Item | Date | D.I No. |
|---|---|---|---|
| 22. | Pursuant to Rule 6 of the Federal Rules of Appellate Procedure, the record on appeal consists of "the redesignated record as provided" in Rule 6(b)(2)(B)(i)-(ii), plus "the proceedings in the district court" and a "certified copy of the docket entries provided by the clerk under Rule 3(d)." Fed. R. App. P. 6(b)(2)(B)(iii).  For the avoidance of doubt, McKesson designates all items docketed in the District Court, Civil Action No. 18-cv-1873-CFC, Docket Nos. 1-28 inclusive, to be included in the record on appeal to the United States Court of Appeals to the Third Circuit. | N/A | N/A |

| | |
|---|---|
| Dated: February 4, 2020 | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By: */s/ Jason D. Angelo*<br>Kurt. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  (302) 778-750<br>Facsimile:  (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: jangelo@reedsmith.com |
| OF COUNSEL<br><br>BUCHALTER<br>A PROFESSIONAL CORPORATION<br>Jeffrey K. Garfinkle (*pro hac vice*)<br>Daniel H. Slate (*pro hac vice*)<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: (949) 760-1121<br>E-mail:  jgarfinkle@buchalter.com<br>E-mail:  dslate@buchalter.com | *Counsel to Appellants McKesson Corporation and McKesson Patient Relationship Solutions, a business unit of McKesson Specialty Arizona, Inc.* |